UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **B.S., a minor, by and through her parent and natural guardian, Stephanie Smith,** | Case No. 0:20-cv-02369-DWF-TNL |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION TO APPROVE UNCONTESTED PETITION TO APPROVE MINOR SETTLEMENT UNDER MINN. STAT. § 540.08** |
| **Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity**, | |
| Defendants. | |

_____

Pursuant to LR 7.1 and Minn. Stat. § 540.08, Plaintiff B.S., a minor by and through her respective guardian, respectfully moves this Court for an Order approving her Uncontested Petition to Approve Minor Settlement. This Motion is based upon all of the files, records and proceedings herein, including Plaintiff's Uncontested Petition, and such other points and authorities as may be presented.

Dated: November 16, 2021            **MADIA NEWVILLE LLC**

                                         /s/ Sam Kramer
                                         Samuel Kramer, MN #400743
                                         Joshua A. Newville, MN # 395221

1

1850 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
Ph: 612.349.2720 | F: 612.235.3357
Email: sjkramer@madianewville.com