# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **B.S.**, a minor, by and through her parent and natural guardian, **Stephanie Smith**,<br><br>Plaintiff,<br><br>v.<br><br>**Independent School District No. 623 a/k/a Roseville Area Schools**; and<br><br>**Geraldine Cook**, in her individual capacity,<br><br>Defendants. | Case No 20-CV-02369-DWF/TNL<br><br>**JOINT MOTION REGARDING CONTINUED SEALING** |

Pursuant to Local Rule 5.6(d)(2), the Parties respectfully submit this Joint Motion for the continued sealing of documents that were previously filed under temporary seal in this matter. In support of the Joint Motion, the parties state:

1. On November 16, 2021, Plaintiff filed a Motion to Approve Uncontested Petition to Approve Minor Settlement Under Minn. Stat. § 540.08. Dkt. 54. In connection with that motion, certain information and documents were filed under temporary seal—either entirely or by redaction. See Dkt. 54–60.

2. On December 2, 2021, the Court heard and granted the Petition. Dkt. 65. The Court further ordered that any transcript of the hearing shall be filed under seal. Id.

3. For good cause and in the interests of protecting the foregoing information, documents, and testimony, the Parties now jointly request that the referenced materials remain redacted and sealed, as applicable.

4. This information, documents, and testimony should remain under seal because it contains non-public or highly sensitive information that the parties have designated as "confidential" and/or "attorneys' eyes only" under the operative protective order (Dkt. 31), contains education records about minors as defined by the Family Education Rights and Privacy Act ("FERPA"), 20 U.S.C. § 1232g, contains private data as defined by the Minnesota Government Data Practices Act ("MGDPA"), Minn. Stat. § 13.02, et seq., and/or contains information that is particularly sensitive, embarrassing, and/or likely to cause harm to an individual given the subject of this litigation and age of the Plaintiff and others involved.

5. Further details are set forth in the following table:

| Dkt # | Description | Relevant Page Numbers | Parties Agree Doc Should Remain Sealed | Parties Agree Doc Should Be Unsealed | Parties Disagree | Nonparty that Designated Doc. Confidential (if any) | Reason Why Doc Should Remain Sealed or Be Unsealed |
|---|---|---|---|---|---|---|---|
| 55 | Unredacted copy of Dkt. 60 - Petition for Approval of Minor Settlement | 1–4; 6 | X | | | N/A | Private information regarding minor. See supra ¶ 4. |
| 55 | Unredacted copy of Dkt. 60 - Petition for Approval of Minor Settlement | 1–4; 6 | X | | | N/A | Private data pursuant to MGDPA. See supra ¶ 4. |
| 58 | Unredacted copy of Dkt. 59 – Kramer Decl. iso Petition | 2–3 | X | | | N/A | Private information regarding minor. See supra ¶ 4. |
| 58 | Unredacted copy of Dkt. 59 – Kramer Decl. iso Petition | 2–3 | X | | | N/A | Private data pursuant to MGDPA. See supra ¶ 4. |
| 58-1 | Fully-executed minor settlement agreement | ALL | X | | | N/A | Private information regarding minor. See supra ¶ 4. |
| 58-1 | Fully-executed minor settlement agreement | ALL | X | | | N/A | Private data pursuant to MGDPA. See supra ¶ 4. |
| See 65 | Transcript of Hearing on Petition | ALL | X | | | N/A | Private information regarding minor. See supra ¶ 4. |
| See 65 | Transcript of Hearing on Petition | ALL | X | | | N/A | Private data pursuant to MGDPA. See supra ¶ 4. |

Dated: December 17, 2021

**MADIA NEWVILLE LLC**

  /s/ Joshua Newville
Joshua A. Newville, MN # 395221
Samuel Kramer, MN #400743
1850 IDS Center, 80 S 8th St
Minneapolis, Minnesota 55402
Ph: 612.349.2720 | F: 612.235.3357
sjkramer@madianewville.com
*Attorneys for Plaintiff*

**KENNEDY & GRAVEN, CHARTERED**

  /s/ Alex D. Ivan
Maggie R. Wallner (0193458)
Alex D. Ivan (0399607)
Fifth Street Towers
150 South 5th Street, Suite 700
Minneapolis, MN 55402-1299
Telephone: (612) 337-9300
mwallner@kennedy-graven.com
aivan@kennedy-graven.com
*Attorneys for ISD No. 623*

**ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.**

  /s/ Kari M. Dahlin
Eugene C. Shermoen, Jr. (#183246)
Kari M. Dahlin (#314365)
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500 | F: (612) 339-7655
ecshermoen@ArthurChapman.com
kmdahlin@ArthurChapman.com
*Attorneys for Geraldine Cook*