UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| **B.S., a minor**, by and through her parent and natural guardian, **Stephanie Smith,** | Case No. 20-CV-02369-DWF/TNL |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR CONTINUED SEALING** |
| **Independent School District No. 623 a/k/a Roseville Area Schools;** and | |
| **Geraldine Cook,** in her individual capacity, | |
| Defendants. | |

_____

This matter is before the Court on the parties' Joint Motion for Continued Sealing (Dkt. ##) pursuan tto Minn. L.R. 5.6(d)(2)**.**

For good cause shown, the Motion is **GRANTED**.

It is therefore **ORDERED** that the Clerk fo Court is directed to keep the following documents under seal as filed:

- Doc No. 55 (sealed)
- Doc No. 58 (sealed)
- Doc No. 58-1 (sealed)
- Doc No. 59 (as redacted)
- Doc No. 60 (as redacted)
- Transcript of Hearing on Petition (See Dkt 65) (sealed).

1

**IT IS SO ORDERED.**

DATE: _____  _____
The Honorable Tony N. Leung
United States Magistrate Judge
U.S. District Court – Minnesota