## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| B.S., a minor, by and through her parent and natural guardian, Stephanie Smith,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity,<br><br>Defendants. | Case No. 20-CV-02369-DWF-TNL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff B.S., a minor, by and through her parent and natural guardian, Stephanie Smith, and Defendants Independent School District No. 623, aka Roseville Area Schools, and Geraldine Cook in her individual capacity, through their respective counsel of record, that the above-entitled case between these parties may be, and the same hereby is, dismissed with prejudice and without further costs to any of the parties hereto.

The Court may immediately cause an Order for Dismissal with Prejudice to be filed herein, and pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there being no just reason for delay of entry of judgment.

Date:  January 7, 2022       **MADIA NEWVILLE, LLC**

By:   /s Sam Kramer
Samuel Kramer (400743)
Joshua A. Newville (395221)
Madia Law, LLC
1850 IDS Center
80 S. 8th Street
Minneapolis, MN  55401
Ph:  612.349.2720 | F: 612.235.3357
Email:  sjkramer@madianewville.com

*Attorneys for Plaintiff B.S.*

Date:  January 4, 2022       **KENNEDY & GRAVEN, CHARTERED**

By:   */s/ Alex D. Ivan*
Maggie R. Wallner (0193458)
Alex D. Ivan (0399607)
Kennedy & Graven, Chartered
150 South Fifth Street, Suite 700
Minneapolis, MN  55402-1299
Telephone:   (612) 337-9300
E-mail:       mwallner@kennedy-graven.com
              aivan@kennedy-graven.com
*Attorneys for Defendant ISD No. 623*

Date:  January 4, 2022       **ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.**

By:   /s/ Kari M. Dahlin
Eugene C. Shermoen, Jr. (183246)
Kari M. Dahlin (0314365)
Arthur, Chapman, Kettering, Smetak & Pikala, P.A.
500 Young Quinlan Building
81 South Ninth Street
Minneapolis, MN 55402-3214
P: (612) 339-3500
F: (612) 339-7655
ecshermoen@ArthurChapman.com
kmdahlin@ArthurChapman.com

*Attorneys for Defendant Geraldine Cook*

2