# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

B.S., a minor, by and through her parent
and natural guardian, Stephanie Smith,

     Plaintiff,

v.

Independent School District No. 623
aka Roseville Area Schools,
Geraldine Cook in her individual capacity,

     Defendants.

Case No. 20-CV-02369-DWF-TNL

**[PROPOSED] ORDER FOR
DISMISSAL**

---

   Pursuant to the parties' Stipulation for Dismissal with Prejudice filed on January

7, 2022 [ECF No. 71], IT IS HEREBY ORDERED that this action is DISMISSED

WITH PREJUDICE and without fees, costs, or disbursements to any of the parties.


Dated: _____ ___, 2022     BY THE COURT:

              _____
              United States District Judge