**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| B.S., a minor, by and through her parent and natural guardian, Stephanie Smith,<br><br>Plaintiff,<br><br>v.<br><br>Independent School District No. 623 aka Roseville Area Schools, Geraldine Cook in her individual capacity,<br><br>Defendants. | Civil No. 20-2369 (DWF/TNL)<br><br><br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation for Dismissal with Prejudice filed by the parties on January 7, 2022, (Doc. No. [71]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and without fees, costs, or disbursements to any of the parties.

Dated:  January 7, 2022        s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge